**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LAUREN TERKEL; PINEYWOODS ARCADIA HOME TEAM, LTD; LUFKIN CREEKSIDE APARTMENTS, LTD; LUFKIN CREEKSIDE APARTMENTS II, LTD; LAKERIDGE APARTMENTS, LTD; WEATHERFORD MEADOW VISTA APARTMENTS, LP; and MACDONALD PROPERTY MANAGEMENT, LLC;<br>　　*Plaintiffs*,<br><br>　　v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION; ROBERT R. REDFIELD, in his official capacity as Director of the Centers for Disease Control and Prevention; NINA WITKOFSKY, in her official capacity as Acting Chief of Staff for the Centers for Disease Control and Prevention; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and ALEX AZAR, in his official capacity as Secretary of the Department of Health and Human Services;<br>　　*Defendants*. | CIVIL ACTION NO. 6:20-cv-564-JCB<br>JUDGE BARKER |

**ORDER GRANTING PLAINTIFFS' EMERGENCY UNOPPOPSED
MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

BE IT REMEMBERED that on this day, the Court considered Plaintiffs' Emergency Unopposed Motion for Expedited Consideration of Plaintiffs' Motion for Preliminary Injunction. The Court finds that Plaintiffs' Motion has merit and is GRANTED.

Therefore, the Court Orders as follows:

1. ___ the Court sets oral argument on Plaintiffs' Motion for Preliminary Injunction for November ____, 2020, at __:___ am/pm via instructions that the Clerk's office shall notify counsel

OR

___ the Court declines at this time to conduct oral argument on Plaintiffs' Motion but reserves the right to reconsider.

2. The Court grants expedited consideration of Plaintiffs' Motion for Preliminary Injunction.