UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00564

**Lauren Terkel et al.,**
*Plaintiffs,*

v.

**Centers for Disease Control and Prevention et al.,**
*Defendants.*

### ORDER

The agency order challenged in this litigation has recently been extended, with minor modifications and additional findings, to be effective through March 31, 2021. *See* Temporary Halt in Residential Evictions to Prevent the Further Spread of COVID-19, 86 Fed. Reg. 8,020 (Feb. 3, 2021). By this order, the parties are given leave to file any desired supplemental briefing on summary judgment in light of that development. Any such briefing is due by February 16, 2021, and is limited to 10 pages for all plaintiffs and 10 pages for all defendants.

*So ordered by the court on February 12, 2021.*

J. CAMPBELL BARKER
United States District Judge