IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LAUREN TERKEL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>    Defendants. | Case No. 6:20-cv-564-JCB |

**DEFENDANTS' NOTICE OF FILING OF
SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to the Court's February 17, 2021 Order, Defendants hereby notice the filing of a supplement to the certified administrative record filed in the above-captioned action, along with a certification and index. This supplement includes the new materials considered or relied upon by the Centers for Disease Control and Prevention (CDC) in issuing the January 29, 2021 Order.

Dated: February 22, 2020

                                       Respectfully submitted,

                                       BRIAN M. BOYNTON
                                       Acting Assistant Attorney General

                                       ERIC BECKENHAUER
                                       Assistant Director, Federal Programs Branch

                                       */s/ Leslie Cooper Vigen*
                                       LESLIE COOPER VIGEN
                                       Trial Attorney (DC Bar No. 1019782)
                                       STEVEN A. MYERS
                                       Senior Trial Counsel (NY Bar No. 4823043)
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, NW
                                       Washington, DC 20005
                                       Tel: (202) 305-0727

Fax: (202) 616-8470
E-mail: leslie.vigen@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: December 16, 2020

                                                 */s/ Leslie Cooper Vigen*
                                                 Trial Attorney