IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LAUREN TERKEL, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION, *et al.*,<br><br>    Defendants. | Case No. 6:20-cv-564-JCB |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants (Centers for Disease Control and Prevention; Rochelle P. Walensky, in her official capacity as Director, Centers for Disease Control and Prevention; Sherri A. Berger, in her official capacity as Acting Chief of Staff, Centers for Disease Control and Prevention; United States Department of Health and Human Services; Norris Cochran, in his official capacity as Acting Secretary of Health and Human Services; and the United States of America), hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's February 25, 2021, Final Judgment, *see* ECF No. 46, along with its February 25, 2021, Opinion and Order, *see* ECF No. 45.

Dated:  February 27, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify I served this document today by filing it using the Court's CM/ECF system, which will automatically notify all counsel of record.

Dated: February 27, 2021

*/s/ Steven A. Myers*